## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

In Re:                                          )
                                                )
PENNY MARIE TICE                                )        Case No. 08-20294
                    Debtors.                    )

## TRUSTEE'S MOTION TO PAY MONEY INTO THE
## COURT REGISTRY

COMES NOW, John C. Reed, Trustee in the above identified Chapter 7 Bankruptcy proceeding, and hereby moves this Court to enter its Order allowing Trustee to pay $125.02 into the Court Registry representing monies that Trustee is unable to return to the Debtor. In support of this Motion Trustee states as follows:

1. Trustee was collecting money on a promissory note secured by a second deed of trust. Trustee collected $125 but the obligor has sent moved out and stopped payments.

2. Trustee has determined that the promissory note is of no value and has abandoned the same.

3  Trustee believes that the monies collected are insufficient in order to justify a distribution and therefore has attempted to return the moniew to the Debtor. and

4. Trustee sent a ceck to Debtor's counsel of record, but it was returned by counsel who indicated that he had lostt contact witth his client. Attempts by Trustee to locate the Debtor have not been successful.

5. Trustee moves this Court to enter its order allowing the Trustee to pay the money into the Court Registry so that this case can be finally closed.

WHEREFORE, Trustee prays this Court enter its order allowing Trustee to pay $125.02 into the Court Registry and for such relief the Court deems just and proper.

PLETZ AND REED, P.C.

By: /s/ John C. Reed
John C. Reed, Trustee
325 Jefferson Street
P.O. Box 1048
Jefferson City, MO 65102
Telephone: (573) 635-8500
Facsimile: (573) 634-3079

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of September, 2011, a true copy of the Motion to Pay Money into the Court Registry was sent by U.S. Mail, postage prepaid, to Penny Marie Tice, 207 Northwest Street, Fulton MO 65251; to the United States Trustee, United States Courthouse, 400 East 9th Street, Room 3440, Kansas City, MO 64106. Additionally all persons requesting ECF Notification were served by email.

PLETZ AND REED, P.C.

By: /s/ John C. Reed

John C. Reed, Trustee
325 Jefferson Street
P.O. Box 1048
Jefferson City, MO 65102
Telephone: (573) 635-8500
Facsimile: (573) 634-3079